**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00656-CMA-KMT

THE JUDGE GROUP, INC., a Pennsylvania corporation, and
JUDGE TECHNICAL SERVICES, INC., d/b/a JUDGE TECHNICAL STAFFING,
a Delaware corporation,

      Plaintiffs,

v.

EDWARD BROXSON, an individual, and
BRAXSTAFF TECHNICAL SERVICES, LLC, a Colorado limited liability company,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Stipulation To Dismiss With Prejudice (Doc. # 42), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE in its entirety, each party to pay his or its own costs and attorney fees.

DATED:  January  09 , 2014

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge